IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JERRY MICHAEL EATON                                                                    PLAINTIFF

v.                                         Civil No. 6:17-CV-06014

.DR. VOWELL, *et. al.*                                                                 DEFENDANTS

## ORDER

Plaintiff has filed a motion (ECF No. 38) to voluntarily dismiss this case. Defendants have no objection (Doc. 39). The Clerk is directed to treat this as a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and dismiss this case without prejudice.

IT IS SO ORDERED this 14th day of September 2017.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

1